UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

PEDRO OLIVO,

              Defendant.

17 Cr. 123 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The Court has received counsel's letters of May 4 and 5 (which shall be sealed because they contain personal health information of Mr. Olivo).  The May 27, 2020 conference date shall remain calendared, and counsel shall confer and inform the Court by letter no later than May 25, 2020 of the MCC's status.

**SO ORDERED.**

Dated:  May 5, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge