UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br> -against-<br><br> PEDRO OLIVO,<br><br>                    Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel's motion to adjourn the status conference originally scheduled for October 27, 2020 at 10:00 a.m. is GRANTED.  The conference is hereby adjourned to January 27, 2021 at 10:00 a.m.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), (h)(7), up until the next conference date, as this adjournment is to allow time to further address the defendant's mental competency and is otherwise in the interest of justice.

**SO ORDERED.**

Dated:    New York, New York
          October 16, 2020

                                        _Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge