# M&B

## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

September 17, 2020

Hon. Loretta A. Preska
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    United States v. Pedro Olivo
                S1 17 Cr. 123 (LAP)

Dear Judge Preska:

     This firm represents the defendant, Pedro Olivo. I write respectfully to request that your Honor extend the deadline for the defendant to submit a sentencing memorandum, currently set for Tuesday, September 21, 2021, through and including Friday, September 24, 2021. The reason for this request is that the press of other business, coupled with the fact that next Tuesday is a Jewish holiday, will make it impossible to submit an appropriate sentencing memorandum on or before the current deadline. I have conferred with the Government, which has graciously consented to this request.

     Thank you in advance for your consideration of this letter.

                          Respectfully submitted,

                          Avraham C. Moskowitz

cc: AUSA Frank Balsamello (by email)
    AUSA Matthew Hellman (by email)

*The sentencing is adjourned to October 5, 2021 at 2:00 p.m.*

SO ORDERED

9/20/21

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE